UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
JDM IMPORT CO. INC., MG                                :    Case No.: 20-cv-08759
WORLDWIDE LLC, and ASIA PACIFIC                        :
JEWELRY, L.L.C.                                        :
                                                       :    **NOTICE OF APPEARANCE**
                         Plaintiffs,                   :
                                                       :
         – against –                                  :
                                                       :
AMIT SHAH and THE JEWELRY CO.,                         :
                                                       :
                         Defendants.                   :
-------------------------------------------------------x

To:   **The Clerk of this Court and All Parties of Record**

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiffs in

the above-captioned case, and requests to receive notice of all docket events via ECF.

      I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        October 22, 2020

                              **MOSES & SINGER LLP**


                              By:/s/ *Gregory Fleesler*_____
                                   Gregory Fleesler
                              405 Lexington Avenue, 12th Floor
                              New York, New York 10174-1299
                              Telephone: 212-554-7800
                              mrosenberg@mosessinger.com
                              *Attorneys for Plaintiffs*