UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                         :

JDM IMPORT CO. INC., MG                 :    Case No.: 1:20-cv-08759-VEC
WORLDWIDE LLC, and ASIA PACIFIC  : 
JEWELRY, L.L.C.                              :
                                                         :    **STIPULATION**
                           Plaintiffs,          :    **[AND PROPOSED ORDER]**
                                                          :
          – against –                        :
                                                          :
AMIT SHAH and THE JEWELRY CO.,       :
                                                          :
                          Defendants.
------------------------------------------------------------x

       **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that Defendants' counsel accepts service of the Summons, Complaint, and other initiating documents in the above-captioned case, which were e-mailed by Plaintiffs to Defendants' counsel on or about October 22, 2020, on behalf of Defendants The Jewelry Co. and Amit Shah;

       **IT IS FURTHER STIPULATED** that Defendants shall have until January 22, 2021 to respond to the Complaint; and

       **IT IS FURTHER STIPULATED** that Defendants' counsel's acceptance of service of process in this action is without prejudice to any and all of Defendants' rights and remedies and does not constitute a waiver of any rights and remedies relating to any jurisdictional defenses other than service of process; and

       **IT IS FURTHER STIPULATED** that this Stipulation and Defendants' counsel's acceptance of service of process in this action shall not be relied upon, introduced into evidence, or otherwise used by Plaintiffs or any of their affiliates, including without limitation, any of the

plaintiffs in the matter known, as *J.G. Jewelry PTE., etc. v. Shree Ramkrishna Exports PVT.,  Ltd*, Index No. 651469/2018 (Supreme Court, New York Co.), for any purpose in any other pending or prospective action whether in the United States, Singapore, or elsewhere; and

**IT IS FURTHER STIPULATED** that the initial pre-trial conference scheduled for December 11, 2020 is adjourned to February 5, 2021, or a date thereafter convenient to the Court.

Dated:   New York, New York
         December 2, 2020

| MOSES & SINGER LLP | HODGSON RUSS LLP |
|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| By: /s/ Gregory Fleesler | By: /s/ Joseph P. Goldberg |
| Gregory Fleesler | Joseph P. Goldberg |
| Michael Rosenberg | Carmine J. Castellano |
| The Chrysler Building | 605 3rd Avenue, Suite 2300 |
| 405 Lexington Avenue | New York, New York 10158 |
| New York, New York 10174 | Tel: (212) 751-4300 |
| Tel: (212) 554-7800 | |