```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
JDM IMPORT CO. INC., MG WORLDWIDE :
LLC, and ASIA PACIFIC JEWELRY, L.L.C., :
                                                                   Plaintiffs, :
                                                                   : 20-CV-8759 (VEC)
                -against-                         :
                                                                     : <u>ORDER</u>
AMIT SHAH AND THE JEWELRY CO., :
                                                                  Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 20, 2020, Plaintiffs filed a Complaint (Dkt. 1);

      WHEREAS on January 22, 2021, Defendants moved to dismiss the Complaint (Dkt. 20);

      WHEREAS on February 19, 2021, Plaintiffs filed an Amended Complaint (Dkt. 21);

      IT IS HEREBY ORDERED THAT:

1. Defendants' motion to dismiss the Complaint is dismissed as moot.

2. No later than **March 31, 2021** Defendants must answer or move against Plaintiffs' Amended Complaint. If Defendants move to dismiss the Amended Complaint, Plaintiffs' opposition is due **April 21, 2021**. Defendants' reply is due **May 5, 2021**.

      The Clerk of Court is respectfully directed to close the open motion at docket entry 20.

**SO ORDERED.**

**Date: February 22, 2021**
       **New York, New York**

_____
      **VALERIE CAPRONI**
      **United States District Judge**