UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JDM IMPORT CO. INC., MG WORLDWIDE LLC, and ASIA PACIFIC JEWELRY, L.L.C.,

Plaintiffs,

v.

Case No. 1:20-cv- 08759-VEC

SHREE RAMKRISHNA EXPORTS PVT., LTD., AMIT SHAH, and THE JEWELRY CO.,

Defendants.

**NOTICE OF MOTION**

| | |
|---|---|
| Nature of Action: | State-law business tort action. |
| Moving Parties: | Defendants, Shree Ramkrishna Exports, PVT., LTD, Amit Shah and The Jewelry Co. |
| Directed To: | Plaintiffs. |
| Date and Time: | To be determined by the Court. |
| Place: | Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, Courtroom 443, or as otherwise directed by the Court. |
| Supporting Papers: | Declaration of Amit Shah, dated March 30, 2021; Declaration of Rahul Dholakia, dated March 30, 2021; Declaration of Joseph P. Goldberg, Esq., dated January 22, 2021, with exhibits (Dkt. 20-2 – 20-8); Memorandum of Law, dated March 31, 2021. |
| Answering Papers: | If any, must be filed by April 21, 2021, pursuant to the Court's Scheduling Order dated February 22, 2021. Defendants are to file and serve a reply by May 5, 2021. |
| Relief Requested: | An Order dismissing the Amended Complaint in its entirety, with prejudice, together with such other and further relief as the Court deems just and proper. |

Grounds for Relief: FRCP 12(b)(2), 12(b)(6). Dismissal is required because the Complaint fails to state a claim upon which relief can be granted, and the Court lacks personal jurisdiction over the defendants.

Oral Argument: Requested.

Dated: March 31, 2021

**HODGSON RUSS LLP**
*Attorneys for Defendants* Shree Ramkrishna Exports, PVT., LTD, *Amit Shah, and The Jewelry Company*

By: s/ Joshua Feinstein
Joseph P. Goldberg
Carmine J. Castellano
Joshua Feinstein
605 Third Avenue, Suite 2300
New York, New York 10158
Telephone: (212) 751-4300